G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
KEVIN CRICK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CRICK,<br><br>             Plaintiff,<br><br>      vs.<br><br>PACIFIC HEALTH BENEFITS; JOHN DOES 1-10; JANE DOES 1-10; and X, Y, Z CORPORATIONS; inclusive,<br><br>             Defendants. | Case No.: 12-cv-02124-L-BGS<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

   Plaintiff, KEVIN CRICK, by and through his attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

DATED:  April 10, 2013

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP APC**

By: /s/ G. Thomas Martin, III
      G. Thomas Martin, III
      Attorney for Plaintiff